UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TZVI II, LLC,

                Plaintiff,

   -against-

BARUCH JEREMIAS and JUDAH BIENSTOCK,

                Defendants.
----------------------------------------------------------X
TZVI II, LLC,

                Plaintiff,

   -against-

BARUCH JEREMIAS and JUDAH BIENSTOCK,

                Defendants.
----------------------------------------------------------X

**MEMORANDUM OF DECISION AND ORDER**

18–CV–2756 (ADS)(SIL)

18-CV-2760 (ADS)(GRB)

## APPEARANCES:

**Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP**
*Attorneys for the Plaintiff.*
3 Dakota Drive, Suite 300
Lake Success, NY 11042
   By:  Keith Singer, Esq., Of Counsel

**The Feinsilver Law Group, P.C.**
*Attorneys for the Defendants.*
215 Milburn Avenue
Milburn, NJ 07041
   By:  H. Jonathan Rubinstein, Esq., Of Counsel

**SPATT, District Judge:**

By letter dated June 12, 2018, the Plaintiff, on behalf of, and with the consent of all parties, requested that the Court consolidate the above-captioned actions, Case Numbers 18-CV-2756 ("the First Filed Action") and 18-CV-2760 ("the Second Filed Action"), for all purposes.

Both these actions involve claims arising out of unpaid promissory notes regarding the same parties.

Pursuant to Federal Rule of Civil Procedure 42(a), the Court grants the parties' request for consolidation for all purposes, as it finds that these actions involve common questions of law and fact. Accordingly, it is hereby

**ORDERED** that the June 12, 2018 letter motion to consolidate Case Numbers 18-CV-2756 and 18-CV-2760 is granted; and it is further

**ORDERED** that the Clerk of Court is directed to consolidate the two actions set forth above under Case Number 18-CV-2756 and Case Number 18–CV–2760 is to be closed; and it is further

**ORDERED** that the consolidated action shall proceed under Case Number 18-CV-2756, and that all filings are to be made only under Case Number 18-CV-2756; and it is further

**ORDERED** that the Plaintiff is directed to file, within fourteen days of the date of this Order, a Consolidated Complaint incorporating the claims of the Complaint in the First Filed Action and the Complaint in the Second Filed Action. The Consolidated Complaint shall not assert new allegations against the Defendants and the Defendants, having answered the Complaints in the First Filed Action and the Second Filed Action, will be under no obligation to file additional answers to the Consolidated Complaint.

**SO ORDERED.**

Dated: Central Islip, New York
August 17, 2018

_____/s/ Arthur D. Spatt_____
ARTHUR D. SPATT
United States District Judge